1 PHILLIP A. TALBERT
United States Attorney
2 ELLIOT WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARNEET KAUR VIRK, | CASE NO. 1:22-CV-01206-ADA-EPG |
|---|---|
| Plaintiff, | ORDER RE: STIPULATION FOR FIRST EXTENSION OF TIME |
| v. | |
| ANA ESCROGIMA, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa application of Plaintiff's husband, which was refused for administrative processing in November 2021. Plaintiff's husband recently submitted supplemental documents to the consulate, and the parties anticipate that this lawsuit will be rendered moot once the U.S. Department of State re-adjudicates the application.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is January 6, 2023. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

//

//

//

1

Dated: December 2, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

**ORDER**

Based on the parties' stipulation (ECF No. 6), IT IS HEREBY ORDERED that:

1. The deadline for Defendants to file an answer or dispositive pleading to Plaintiff's complaint is extended to January 6, 2023;

2. The scheduling conference set for January 24, 2023, is VACATED;

3. The Court sets a status conference to held on February 22, 2023, at 11:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status update regarding the re-adjudication of the visa application at issue in this case one full week prior to the conference.

IT IS SO ORDERED.

Dated: **December 5, 2022**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE