UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARNEET KAUR VIRK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANA ESCROGIMA, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01206-ADA-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 8). |

　　　　On December 15, 2022, Plaintiff filed a notice of voluntary dismissal of this action without prejudice. (ECF No. 8). In light of Plaintiff's notice, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　　　Dated:　**December 20, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1